IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| REYNALD PAUL ZERPA-OROZCO, | § § § | |
| *Petitioner*, | § § § | No. 1:26-CV-01373-DAE |
| v. | § § | |
| WARDEN, *et al.*, | § § § | |
| *Respondents*. | § | |

ORDER FOR SUPPLEMENTAL BRIEFING

Before the Court is Reynald Paul Zerpa-Orozco's ("Petitioner")

Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. #

1), and Federal Respondents'[1] Response (Dkt. # 5). The Court requires more

information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **on or before 12:00 p.m. on**

**Tuesday, June 9, 2026**, Petitioner shall file supplemental briefing with answers to

the following questions:

1. Does Petitioner have any criminal convictions? If so, please
   provide additional information.

---

[1] Federal Respondents include Miguel Vergara, Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement; Todd M. Lyons, Director of U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of the Department of Homeland Security ("DHS"); and Todd Blanche, United States Attorney General.

1

2. Please describe further what connections has Petitioner established with the United States, if any, and the ways in which Petitioner has engaged with his community here.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, June 2, 2026.

_____
David Alan Ezra
Senior United States District Judge